In the Matter of the Application of SARAH ZIEGLER, Respondent.
DAVID B. SICKELS, as Receiver of the HARLEM RIVER BANK, Appellant.

*Matter of Ziegler,* 107 App. Div. 617, appeal dismissed.
(Argued November 21, 1905; decided December 5, 1905.)

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, entered July 7, 1905, which affirmed an order of Special Term directing the appellant receiver to pay to the petitioner a dividend upon her claim against the Harlem River Bank.

*George M. Mackellar* for appellant.

*Sydney W. Stern* and *Arthur J. Stern* for respondent.

Appeal dismissed, without costs; no opinion.
Concur: GRAY, O'BRIEN, BARTLETT, HAIGHT, VANN and WERNER, JJ. Dissenting: CULLEN, Ch. J.